UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERI E. ERAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-CV-05377-BAT<br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that Plaintiff's claim is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 2nd day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Noah Schabacker
NOAH SCHABACKER
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (303) 844-6232
Email: noah.schabacker@ssa.gov